UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WRIGHT, individually and on behal of others similarly situated,<br>Plaintiff,<br>v.<br>TRUECARE PROPERTY HOLDINGS, LLC,<br>Defendant. | Case No.: 3:25-cv-00786-JES-BLM<br>**ORDER TERMINATING PENDING MOTION TO DISMISS**<br>**[ECF No. 20]** |

On July 28, 2025, Defendant filed a motion to dismiss. ECF No. 20. On August 14, 2025, Plaintiff filed a First Amended Complaint ("FAC"). ECF No. 24. Under Rule 15, a party may amend her pleadings once as a matter of course within 21 days of service, or 21 days after service of a responsive pleading or a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(A)-(B). Plaintiff's FAC was filed within 21 days after service of the motion to dismiss in this case. Therefore, the Court **TERMINATES** Defendant's pending motion to dismiss. ECF No. 20. This termination is not an adjudication on the merits of the arguments raised in Defendant's motion. The Cout hearing currently set for September 3, 2025, is **VACATED**. Defendant may file a motion to dismiss or response to the FAC in compliance with Rule 15(a)(3).

**IT IS SO ORDERED**.

Dated: August 14, 2025

Honorable James E. Simmons Jr.
United States District Judge