James W. Davidson (IL SBN 6281542)
Admitted *Pro Hac Vice*
O'HAGAN MEYER LLC
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 422-6100
Facsimile: (312) 422-6110
jdavidson@ohaganmeyer.com

Clint D. Robinson (SBN 158834)
O'Hagan Meyer PLLC
21650 Oxnard Street, Suite 530
Woodland Hills, CA 91367
213-306-1620 – T
213-306-1615 – F
crobison@ohaganmeyer.com

Attorney for Defendant,
TRUE CARE PROPERTY HOLDINGS, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WRIGHT, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRUE CARE PROPERTY HOLDINGS, LLC, | Case No. 25CV786 BLM<br><br>**DEFENDANT TRUE CARE PROPERTY HOLDINGS, LLC'S MOTION TO DISMISS AMENDED COMPLAINT** |

| | |
|---|---|
| Defendant. | Judge: The Hon. James E. Simmons, Jr.<br>Complaint filed: April 1, 2025<br>Trial Date: Not yet set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 8, 2025, 9:00 am before the Honorable James E. Simmons of the above-entitled court located at 333 W Broadway #420, San Diego, CA 92101, Defendant, TRUECARE PROPERTY HOLDINGS, LLC ("Defendant") will and hereby does move this Court to dismiss the Complaint of Plaintiff, AMY WRIGHT, individually and on behalf of all others similarly situated (collectively "Plaintiffs"), in its entirety on the following grounds:

1. The First Cause of Action for violation of the Electronic Communications Privacy Act (ECPA), 18 U.S.C. § 2511, should be dismissed with prejudice on the grounds that Plaintiffs have failed to allege facts sufficient to state a claim under the statute.

2. The Second Cause of Action for violations of California Penal Code § 631 ("CIPA"), should be dismissed with prejudice on the grounds that Plaintiffs have failed to allege facts sufficient to state a claim under the statute.

3. The Third Cause of Action for Invasion of Privacy under the California Constitution, should be dismissed with prejudice on the grounds that Plaintiffs have failed to state a claim upon which relief may be granted.

4. The Fourth Cause of Action for violations of California Penal Code § 638.51 should be dismissed with prejudice on the grounds that Plaintiffs have failed to allege facts sufficient to state a claim under the statute and Plaintiffs have failed to state a claim upon which relief may be granted.

5. The Fifth Cause of Action for violations of the California Confidentiality of Medical Information Act, Cal. Civ. Code §§ 56.06, 56.10, and 56.101 should be dismissed with prejudice on the grounds that Plaintiffs have failed to allege facts sufficient to state a claim under the statute, and Plaintiffs have failed to state a claim upon which relief may be granted.

This Motion is made following a telephonic conference of counsel. Despite this conference, the parties have been unable to reach a resolution that eliminates the need to file the motion.

This Motion is based upon this Notice of Motion, the Memorandum of Points of Authorities in support thereof and Exhibits thereto, all papers on file in this action, any reply and oral argument, and any other matters that may be considered by this Court on this Motion.

DATED: August 28, 2025

Respectfully submitted:

*/s/ James W. Davidson*
James W. Davidson, IL ARDC No. 6281542
O'HAGAN MEYER LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone: (312) 422-6100
Facsimile: (312) 422-6110
jdavidson@ohaganmeyer.com
*One of the Attorneys for Defendant*

Clint D. Robison (SBN 158834)
O'HAGAN MEYER
21650 Oxnard Street, Suite 530
Woodland Hills, CA, 91367
Telephone: (213) 306-1610
Facsimile: (213) 306-1615
crobison@ohaganmeyer.com
*One of the Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2025, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

*/s/ James W. Davidson*
James W. Davidson, IL ARDC No. 6281542
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
312.422.6100 –T
312.422.6110 – F
jdavidson@ohaganmeyer.com