Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Noah J. Larsh (SBN 348541)
Noah@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343

Daniel G. Shay (SBN 250548)
Dan@ShayLegal.com
**SHAY LEGAL, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WRIGHT, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TRUECARE PROPERTY HOLDINGS, LLC, <br><br> Defendant. | Case No.: 25-cv-00786-JES-BLM <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge: Hon. James E. Simmons, Jr. <br> Date Filed: April 1, 2025 |

1    TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR

2  COUNSEL OF RECORD:

3    Please be advised that the Plaintiff AMY WRIGHT and Defendant

4  TRUECARE PROPERTY HOLDINGS, LLC  have settled all claims between them

5  in this matter.

6    A Motion to Dismiss, or other document to that effect, will be filed within

7  forty-five days.

8

9  Respectfully Submitted,

10

11  Date:  December 19, 2025          **SWIGART LAW GROUP, APC**

12                                    By:  *s Noah J. Larsh*

13                                    Noah J. Larsh, Esq.
                                      Noah@SwigartLawGroup.com

14                                    Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28