Joshua Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343

*Attorneys for Plaintiff*

Daniel Shay (SBN 250548)
Dan@ShayLegal.com
**SHAY LEGAL, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 619-222-7429

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WRIGHT, individually and on behalf of all others,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br><br>TRUECARE PROPERTY HOLDINGS, LLC,<br><br>　　　　　　　Defendant. | Case No. 3:25-CV-00786-JES-BLM<br><br>JOINT MOTION TO DISMISS ENTIRE ACTION |

Joint Motion to Dismiss

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amy Wright ("Plaintiff") and Defendant TrueCare Property Holdings, LLC ("Defendant"), file this Joint Motion to Dismiss Plaintiff's individual claims with prejudice and the class claims without prejudice. The parties are to bear their own attorneys' fees and costs.

Respectfully submitted,

Date: March 12, 2026                SHAY LEGAL, APC

By: s/ Daniel G. Shay
Daniel G. Shay
Dan@ShayLegal.com
Co-Counsel for Plaintiff

Date: March 12, 2026                O'HAGAN MEYER

By: s/ James W. Davidson
James W. Davidson, Esq.
jdavidson@ohaganmeyer.com
Counsel for Defendant

Joint Motion to Dismiss